# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHARLOTTE CARMICHAEL                                              PLAINTIFF

v.                              NO. 3:14cv00234 JM

ALLSTATE INDEMNITY COMPANY                                        DEFENDANT

## ORDER

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for March 14, 2016, is canceled and this case is removed from the trial docket.

IT IS SO ORDERED this 22nd day of February, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE